UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DENSIL JONES,
    Movant,

v.

UNITED STATES OF AMERICA,
    Defendant.

CASE NO.  06-60037-CV-GONZALEZ
             03-60144-CR-GONZALEZ

## ORDER

This matter comes before the Court upon Petitioner's Motion to vacate sentence (DE #1) and Amended Complaint dated October 25, 2006 (DE #10).

The Court has now reviewed the Magistrate's Report and Recommendations (DE #12), Government's Response (DE #14) and Petitioner's Objections thereto (DE #13).

After reviewing the Motion and the record, and being otherwise duly advised, it is hereby

**ORDERED** and **ADJUDGED** that

1. The Defendant's objections (DE # 13) are hereby OVERRULED

2. The Court, after de novo review, adopts in full Magistrate Judge Lurana Snow's Report and Recommendation

3. This case is **CLOSED** and all pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 22ᵈᵃʸ day of March 2007.

JOSE A. GONZALEZ, JR.
UNITED STATES DISTRICT JUDGE

cc:  Hon. Lurana S. Snow
     All Counsel